

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-040-CV

DANA LYNN BINT                                              APPELLANT

V.

TOMMY LYNN BINT                                              APPELLEE

----------

### FROM THE 90TH DISTRICT COURT OF YOUNG COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Dana Lynn Bint's Amended Motion For Dismissal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED:  August 7, 2008